# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CLARENCE WASHINGTON,**                    **Case No.  05-72433**

                Plaintiff,
vs.                                         **Honorable John Corbett O'Meara**

                                 **Magistrate Judge Mona K. Majzoub**

**DETROIT, CITY OF, et al,**

              Defendants.         /

## ORDER FOR SUBMISSION AND DETERMINATION
## OF MOTION WITHOUT ORAL HEARING

        A **Motion for Order Compelling Defendant Allen to Appear for Deposition and for Sanctions**

was filed on October 07, 2006 was filed by the plaintiff in the above-entitled cause.

        A Response, including a written brief, may be filed no later than **October 23, 2006.**

        If the motion is one for discovery under Fed. R. Civ. P. 37 and no response is filed, the right to a

hearing under Fed. R. Civ. P. 37(a)(4) shall be deemed waived, and the Court may award expenses reasonably

incurred in bringing the motion without further inquiry.

        Inquiries may be directed to the Courtroom Deputy **at 313-234-5206**.


Dated: October 11, 2006                    s/Mona K. Majzoub
                                           MONA K. MAJZOUB
                                           UNITED STATES MAGISTRATE JUDGE


## Proof of Service

        I hereby certify a copy of this Order was served upon Counsel of Record on this date.

Dated: October 11, 2006                    s/ Lisa C. Bartlett
                                           Courtroom Deputy