UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

       Plaintiff,                    CIVIL ACTION NO. 05-CV-72433-DT

vs.

                                      DISTRICT JUDGE PAUL D. BORMAN

DETROIT, CITY OF, ET. AL.,

                                      MAGISTRATE JUDGE MONA K. MAJZOUB

       Defendants.
_____/

## ORDER FOR PRODUCTION OF DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

On January 18, 2007 Plaintiff filed a Fourth Motion to Compel and Request for Sanctions (Docket # 67). The Motion is before the undersigned for hearing and determination pursuant to 28 USC § 636(b)(1)(A). A review of the documents filed relating to this motion shows that the parties disagree on whether Defendant City of Detroit has served revised responses to Plaintiff's Third Request for Production of Documents as ordered by this Court's November 20, 2006 Order. (Docket # 58).

The Court has determined that review of the discovery responses is necessary to appropriately determine the issues presented. The Court therefore **ORDERS** Defendant City of Detroit to file with the Clerk on or before March 20, 2007 a copy of its responses to

Plaintiff's Third Request for Production of Documents along with a copy of the certificate of service.

**IT IS SO ORDERED.**

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated:  March 13, 2007                    s/ Mona K. Majzoub
                                          MONA K. MAJZOUB
                                          UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: March 13, 2007                     s/ Lisa C. Bartlett
                                          Courtroom Deputy