**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CLARENCE WASHINGTON,

        Plaintiff,

-vs-

CITY OF DETROIT, et al.,

        Defendants.
_____/

CASE NO. 05-CV-72433

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## ORDER (1) RESCINDING THE ORDER OF REFERENCE TO THE MAGISTRATE JUDGE AS TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS; (2) ADJOURNING THE JUNE 27, 2007 FINAL PRETRIAL CONFERENCE TO JULY 10, 2007; AND (3) ESTABLISHING AN AMENDED SCHEDULING ORDER

The Court hereby **RESCINDS** the Order of Reference to the Magistrate Judge as to Defendants' Motions for Summary Judgment. (Doc. Nos. 132, 133).

The Court **ADJOURNS** the scheduled June 27, 2007 Final Pretrial Conference to July 10, 2007, at 2:00 p.m.

The Court establishes the following amended dates and deadlines:

| | |
|---|---|
| **Summary Judgment Hearing Before Judge Borman**: | Monday, July 2, 2007, at 3:00 p.m. |
| **Joint Final Pretrial Order to be filed**: | Monday, July 9, 2007 |
| **Final Pretrial Conference**: | Tuesday, July 10, 2007, at 2:00 p.m. |
| **Motions in Limine to be filed**: | Friday, July 13, 2007 |
| **Responses to Motions in Limine**: | Monday, July 16, 2007 |
| **Hearing on Motions in Limine**: | Tuesday, July 17, 2007, at 9:30 a.m. |
| **Jury Trial Begins**: | Tuesday, July 17, 2007, at 10:00 a.m. |

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 22, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 22, 2007.

                                                      s/Denise Goodine
                                                      Case Manager