UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE WASHINGTON,

        CASE NO. 05-CV-72433

    Plaintiff,

        PAUL D. BORMAN
-vs-        UNITED STATES DISTRICT JUDGE

CITY OF DETROIT, et al.,        MONA K. MAJZOUB
        UNITED STATES MAGISTRATE JUDGE

    Defendants.
_____/

## ORDER
### (1) ACCEPTING THE MAGISTRATE JUDGE'S APRIL 16, 2007 REPORT AND RECOMMENDATION; AND (2) GRANTING SUMMARY JUDGMENT AS TO DEFENDANTS ALLEN AND BRIDGEWATER

    Before the Court is the Magistrate Judge's April 16, 2007 Report and Recommendation granting summary judgment to Defendants Allen and Bridgewater. (Doc. No. 115). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ACCEPTS** the Report and Recommendation (Doc. No. 115); and

    (2)    **GRANTS** Summary Judgment to Defendants Allen and Bridgewater (Doc. No. 88).

    Defendants City of Detroit, Robert Dunlap, Danny Reed, and David Pauch remain in the case.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 22, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 22, 2007.

s/Denise Goodine
Case Manager