## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CLARENCE WASHINGTON,

        Plaintiff,

-vs-

DANNY REED, in his individual capacity,

        Defendant.
_____/

CASE NO. 05-CV-72433

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE NAME AND NATURE OF CRIMINAL CONVICTIONS OF PLAINTIFF AND HIS WITNESSES

Before the Court is Plaintiff's July 12, 2007 Motion in Limine to Exclude the Name and Nature of Criminal Convictions of Plaintiff and his Witnesses. (Doc. No. 164). For the reasons stated on the record at the motion hearing on July 17, 2007, the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's motion.

**SO ORDERED**.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 18, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 18, 2007.

        s/Denise Goodine
        Case Manager