## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

CLARENCE WASHINGTON,

    Plaintiff,

vs.

DANNY REED,

    Defendant.
_____/

Case No. 05-72433

Hon. Paul D. Borman

## FINAL JUDGMENT

Based upon the signed Settlement of the Plaintiff, this Court issue this Judgment for the sum of Seventeenth Thousand Five Hundred ($17,500) Dollars, which will order that Defendant Danny Reed, or the City of Detroit, mail a check in said amount to Attorney Manville, at the address listed on the ECF, within 15 days of entry of the judgment; and that the check will be made payable to only Attorney Daniel E. Manville.

_____
Paul D. Borman
United States District Judge

1